UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GRACIANO LOPEZ,<br><br>        Petitioner,<br><br>    v.<br><br>COLIN BILASH, et al.,<br><br>        Respondents. | Case No. EDCV 12-968 R (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: _Jan. 28, 2013_

_____
Manuel L. Real
United States District Judge