UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| GRACIANO LOPEZ, | ) | Case No. EDCV 12-968-R(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| COLIN BILASH, et al., | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: __January 28, 2013__

_____
Manuel Real
United States District Judge